UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CESAR ALMONTE (1),<br><br>　　　　　　　　　　Defendant. | Case No.:  17CR3672-JLS<br><br>**ORDER DENYING DEFENDANT'S MOTION TO REQUEST A SENTENCE REDUCTION DUE TO SENTENCE DISPARITIES BETWEEN CODEFENDANTS and DEFENDANT'S "NUNC PRO TUNC" MOTION TO REQUEST A SENTENCE REDUCTION DUE TO SENTENCE DISPARITIES BETWEEN CODEFENDANTS**<br><br>**[ECF Nos. 88 and 90]** |

　　　　Pending before the Court are two motions filed by Defendant Almonte, a prisoner in federal custody, seeking a reduction in his sentence based upon disparities between his sentence and those of his codefendants (ECF Nos. 88 and 90).  Defendant Almonte was sentenced to a term of imprisonment of 84 months following his conviction for conspiracy to distribute cocaine intended for unlawful importation in violation of 21 U.S.C. § 959, 960, and 963.  ECF 76.  Two codefendants were convicted of the same offense, one received a sentence of 70 months' imprisonment, ECF 81, and the other received a sentence of 84 months' imprisonment, ECF 67.

Defendant contends that his sentence should be reduced to 70 months pursuant to 18 U.S.C. § 3553(a)(6), which requires the Court, in imposing sentence, to consider the need to avoid sentence disparities among defendants. This Court did consider Section 3553(a)(6), as well as the other § 3553(a) factors, at the time it imposed sentence in this matter. Defendant's sentence is now final, and the Court lacks the authority to modify it. *See e.g., Dillon v. United States*, 560 U.S. 817, 819 (2010) (recognizing that federal court generally "may not modify a term of imprisonment once it has been imposed" (quoting 18 U.S.C. § 3582(c)). Accordingly, Defendant's Motion to Request a Sentence Reduction Due to Sentence Disparities between Codefendants and his Nunc Pro Tunc Motion to Request a Sentence Reduction Due to Sentence Disparities between Codefendants are **Denied**.

IT IS SO ORDERED.

Dated: March 20, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge